# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

| | |
|---|---|
| BRANDON OSBORNE, | : Case No. 2:25-cv-1408 |
| Plaintiff, | : |
| vs. | : District Judge Algenon L. Marbley |
| | : Magistrate Judge Elizabeth P. Deavers |
| C/O CHERIF JOHN DOE, *et al.*, | : |
| Defendants. | : |

## DEFICIENCY ORDER

Plaintiff, a prisoner at the Madison Correctional Institution, in London, Ohio, has filed a motion for leave to proceed *in forma pauperis* in connection with a prisoner civil rights complaint. (Doc. 1). Plaintiff's motion for leave to proceed *in forma pauperis*, however, is incomplete. The "Certificate" page of plaintiff's application (page 8 of the Application and Affidavit By Incarcerated Person to Proceed Without Prepayment of Fees form) has not been completed and signed by the institutional cashier (*see* Doc. 1, at PageID 8), and plaintiff has failed to provide the Court with a certified copy of his trust fund account statement as required by the PLRA.[1]

Pursuant to the Prison Litigation Reform Act of 1995 (PLRA), 28 U.S.C. § 1915(a)-(h), a prisoner seeking to bring a civil action without prepayment of fees or security therefor must submit an application and affidavit to proceed without prepayment

---

[1] Plaintiff has provided a copy of his inmate account statement, but the statement is not signed or otherwise certified by the prison cashier. (*See* Doc. 1, at PageID 9-11). As noted below, a copy of this Deficiency Order will be sent to the cashier of the prison at which plaintiff is confined.

of fees *and* a certified copy of his trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint obtained from the cashier of the prison at which the prisoner is or was confined. 28 U.S.C. § 1915(a)(2).

**IT IS THEREFORE ORDERED THAT** plaintiff must pay $405 ($350 filing fee plus $55 administrative fee) or submit to the Court a completed *in forma pauperis* application and certified copy of his prison trust fund account statement (or institutional equivalent) for the preceding six-month period **within thirty (30) days** of the date of this Order.

**If plaintiff fails to comply with this Order, the Court may dismiss his case for want of prosecution.** Should plaintiff need additional time to comply with this Deficiency Order, he must file a motion for extension of time.

The **Clerk of Court** is **DIRECTED** to send plaintiff an Application and Affidavit By Incarcerated Person to Proceed Without Prepayment of Fees form *and* send a copy of this Order to the cashier of the prison at which plaintiff is confined.

**IT IS SO ORDERED.**

December 12, 2025                      *s/ Elizabeth A. Preston Deavers*
ELIZABETH A. PRESTON DEAVERS
United States Magistrate Judge