IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BRANDON OSBORNE, | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:25-cv-1408** |
| | : | |
| v. | : | **JUDGE ALGENON L. MARBLEY** |
| | : | |
| C/O CHERIF DOE, *et al.*, | : | **MAGISTRATE JUDGE SHIMEALL** |
| | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

## OPINION & ORDER

On March 6, 2026, the United States Magistrate Judge issued a **Report and Recommendation** in this case (ECF No. 5), recommending that this Court dismiss Plaintiff's case pursuant to Federal Rule of Civil procedure 41(b) for failure to prosecute. Plaintiff's objection was due March 20, 2026. (ECF No. 5). Plaintiff was specifically advised of his right to object to the Report and Recommendation within fourteen days and of the consequences of his failure to do so. No objection has been filed. Since neither party has objected, and the deadline for such objections elapsed, this Court **ACCEPTS** the Magistrate Judge's Report and Recommendation (ECF No. 5). Plaintiff's Complaint (ECF No.1) is **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED:  April 3, 2026**